934 So.2d 522 (2005)
OCEAN CLUB COMMUNITY ASSOCIATION, INC., Appellant/Cross-Appellee,
v.
Peter CURTIS, Appellee/Cross-Appellant.
Nos. 3D05-835, 3D05-176.
District Court of Appeal of Florida, Third District.
November 9, 2005.
Douberley & Cicero, Boynton Beach, and Thomas A. Groendyke, for appellant/cross-appellee.
Lorenzo & Capua and Peter Marcellus Capua, Miami, for appellee/cross-appellant.
Before GERSTEN and GREEN, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
No reversible error has been demonstrated either on the appeal from a money judgment for plaintiff Curtis, see Carraway v. Armour & Co., 156 So.2d 494 (Fla. 1963); Marks v. Fields, 160 Fla. 789, 36 So.2d 612 (1948); Gordon v. Camp, 2 Fla. 422 (1849); Tubbs v. State, 897 So.2d 520, 522 (Fla. 3d DCA 2005), or on the cross-appeal from the summary judgment against him on his claim for breach of contract. See DeMarco v. Publix Super Mkts., Inc., 384 So.2d 1253 (Fla.1980); Spanish Broadcasting Sys. of Fla., Inc. v. Alfonso, 689 So.2d 1092 (Fla. 3d DCA 1997); Ross v. Twenty-Four Collection, Inc., 617 So.2d 428 (Fla. 3d DCA 1993); Crawford v. David Shapiro & Co., 490 So.2d 993 (Fla. 3d DCA 1986); Mayo v. Highland Park Hosp. Corp., 460 So.2d 571 (Fla. 3d DCA 1984).
We do not pass upon any issue relating to the recovery of attorney's fees for conversion under the theft statute, see § 772.11, Fla. Stat. (2004); S. Express Co. v. Van Meter, 17 Fla. 783 (1880); Recio v. Kent Sec. Servs., Inc., 727 So.2d 320 (Fla. 3d DCA 1999); Martin v. Golden Corral Corp., 601 So.2d 1316 (Fla. 2d DCA 1992); Belford Trucking Co. v. Zagar, 243 So.2d 646, 648-49 (Fla. 4th DCA 1970); United States v. Bailey, 419 F.3d 1208 (11th Cir. *523 2005), or under the wages statute, § 448.08, Fla. Stat. (2004), because, in the absence of an actual award of fees, the matter is not ripe for consideration. See Nye v. HCI Mfg., Inc., 901 So.2d 304 (Fla. 2d DCA 2005); Lydolph v. Davidson, 880 So.2d 817 (Fla. 1st DCA 2004); Mem'l Sloan-Kettering Cancer Ctr. v. Levy, 681 So.2d 842 (Fla. 3d DCA 1996); Winkelman v. Toll, 632 So.2d 130 (Fla. 4th DCA 1994).
Affirmed.